UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN KRISTOPHER JOHNSON,<br><br>  Defendant. | Case No. 09cr2040-JM<br><br>AMENDED ORDER OF<br>CRIMINAL FORFEITURE |

On November 2, 2009, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MARTIN KRISTOPHER JOHNSON in the following properties:

(A) four (4) .40 caliber Beretta model 96 handguns bearing serial numbers BER133877, BER134094, BER077520M, and BER077538M;

(B) one (1) 9mm Beretta model 92 handgun bearing serial number BER118088;

(C) one (1) .45 Hi-Point model JHP45 handgun bearing serial number X4103252;

(D) eleven (11) LAR Grizzly-15 assault rifle receivers bearing serial numbers LX006322, LX006324, LX006325, LX006335, LX006336, LX006319, LX006327, LX006318, LX006323, LX006320 and LX006321;

(E) one (1) 7.62 caliber CAI SKS assault rifle bearing serial number 04984;

(F) four (4) .40 caliber Beretta model 96 handguns bearing serial numbers BER077555M, BER61174M, BER077760M, and BER137124;

(G) two (2) 7.62 caliber CAI Golani AK-47 assault rifles bearing serial numbers GL N04014 and GL N04124;

|   |   |   |
|---|---|---|
| (H) | one (1) .40 caliber Beretta model 96 handgun bearing serial number BER132283; |
| (I) | one (1) .223 caliber Keltec model PLR16 machine pistol bearing serial number POA92; |
| (J) | one (1) Davis Industries .380 caliber model P380 handgun bearing serial number AP216011; |
| (K) | one Bryco Arms .380 caliber model 58 handgun bearing serial number P66346; |
| (L) | two (2) .223 caliber DPMS AR-15 assault rifles bearing serial numbers F154092 and H59117; |
| (M) | two (2) 7.62 caliber AMD AK-47 assault rifles bearing serial numbers DS6384H and EE0780H. |

For thirty (30) consecutive days ending on December 5, 2009, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On November 6, 2009, Notice of Order of Forfeiture was sent by certified mail to the following parties:

//
//
//

| Name and Address | Article Number | Result |
|---|---|---|
| Jason Accardo<br>2925 Worden Street<br>San Diego, CA 92110-5749 | 70072680000042222381 | Delivered on 11/7/09 per USPS track & confirm |
| Jonathan Lathrop<br>5831 Stallion Oaks Road<br>El Cajon, CA 92019-1601 | 70072680000042222398 | Delivered on 11/9/09 per USPS track & confirm |
| David Hradecky<br>2638 Honey Springs Road<br>Jamul, CA 91935-5008 | 70072680000042222404 | Delivered on 11/9/09 per USPS track & confirm |
| Dan Greene<br>3555 Fourth Avenue<br>San Diego, CA 92103-4912 | 70072680000042222411 | Delivered on 11/9/09 per USPS track & confirm |
| Jonathan Jaggard<br>426 Broadview Street<br>Spring Valley, CA 91977-5727 | 70072680000042222428 | Delivered on 11/23/09 per USPS track & confirm |
| Warren Hopkins<br>12239 Fuerte Drive<br>El Cajon, CA 92020-8321 | 70072680000042222435 | Delivered on 11/7/09 per USPS track & confirm |

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MARTIN KRISTOPHER JOHNSON, and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(A) four (4) .40 caliber Beretta model 96 handguns bearing serial numbers BER133877, BER134094, BER077520M, and BER077538M;

(B) one (1) 9mm Beretta model 92 handgun bearing serial number BER118088;

(C) one (1) .45 Hi-Point model JHP45 handgun bearing serial number X4103252;

(D) eleven (11) LAR Grizzly-15 assault rifle receivers bearing serial numbers LX006322, LX006324, LX006325, LX006335, LX006336, LX006319, LX006327, LX006318, LX006323, LX006320 and LX006321;

(E) one (1) 7.62 caliber CAI SKS assault rifle bearing serial number 04984;

(F) four (4) .40 caliber Beretta model 96 handguns bearing serial numbers BER077555M, BER61174M, BER077760M, and BER137124;

(G) two (2) 7.62 caliber CAI Golani AK-47 assault rifles bearing serial numbers GL N04014 and GL N04124;

(H) one (1) .40 caliber Beretta model 96 handgun bearing serial number BER132283;

(I) one (1) .223 caliber Keltec model PLR16 machine pistol bearing serial number POA92;

(J) one (1) Davis Industries .380 caliber model P380 handgun bearing serial number AP216011;

(K) one Bryco Arms .380 caliber model 58 handgun bearing serial number P66346;

(L) two (2) .223 caliber DPMS AR-15 assault rifles bearing serial numbers F154092 and H59117;

(M) two (2) 7.62 caliber AMD AK-47 assault rifles bearing serial numbers DS6384H and EE0780H.

IT IS FURTHER ORDERED that costs incurred by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATFE"), and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the ATFE shall dispose of the forfeited properties according to law.

DATED: January 6, 2010

Hon. Jeffrey T. Miller
United States District Judge